| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF ALABAMA |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Deep South Silk, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA Archipelago |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-5062255 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 4830 Wharf Parkway<br>Suite G-108 | |
| | | Orange Beach, AL 36561 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Baldwin<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Deep South Silk, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

| Debtor | Deep South Silk, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

| Debtor | Deep South Silk, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 29, 2025
                 MM / DD / YYYY

**X** /s/ Steven Ostrow                      Steven Ostrow
Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

**X** Jason R. Watkins            Date   January 29, 2025
Signature of attorney for debtor               MM / DD / YYYY

Jason R Watkins
Printed name

Silver Voit Garrett & Watkins
Firm name

4317-A Midmost Drive
Mobile, AL 36609
Number, Street, City, State & ZIP Code

Contact phone   (251) 343-0800     Email address   jwatkins@silvervoit.com

WATKJ3882 AL
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Deep South Silk, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 29, 2025          **X** /s/   Steven Ostrow
                                          Signature of individual signing on behalf of debtor

                                          Steven Ostrow
                                          Printed name

                                          President
                                          Position or relationship to debtor

Official Form 202                   Declaration Under Penalty of Perjury for Non-Individual Debtors
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 25-10248    Doc 1    Filed 01/29/25    Entered 01/29/25 14:49:08    Desc Main
                         Document    Page 5 of 16

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Deep South Silk, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 29, 2025        X  /s/   Steven Ostrow
                                         Signature of individual signing on behalf of debtor

                                         Steven Ostrow
                                         Printed name

                                         President
                                         Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Case 25-10248   Doc 1   Filed 01/29/25   Entered 01/29/25 14:49:08   Desc Main
Document      Page 6 of 16

Fill in this information to identify the case:
Debtor name   Deep South Silk, LLC
United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ALABAMA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&Q Shirtmaker<br>1313 Ponce De Leon BLVD STE 201<br>Miami, FL 33134 | | Vendor | Disputed | | | $15,333.00 |
| ALOHAT LLC/MELIN<br>10 Faraday<br>Irvine, CA 92618 | | | Disputed | | | $23,476.20 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Credit card purchases | Disputed | | | $102,035.69 |
| American Express<br>43 Butterfield Circle<br>El Paso, TX 79906 | | Credit card purchases | Disputed | | | $57,769.49 |
| American Express<br>200 Vesey Street<br>New York, NY 10285-3106 | | Credit card purchases | Disputed | | | $43,081.36 |
| Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 | | Auto Loan | Disputed | | | $38,736.26 |
| Chase Southwest Business<br>P.O. Box 15298<br>Wilmington, DE 19850 | | Credit card purchases | Disputed | | | $61,827.00 |
| DR Bank<br>1001 Post Road<br>Darien, CT 06820 | | Loan | Disputed | | | $50,000.00 |
| Edward James, LLC d/b/a Marbas<br>105 Coventry Lane<br>Reading, PA 19610 | | Vendor | Disputed | | | $4,409.00 |
| Ellen Ostrow<br>1138 S 1300 E<br>Salt Lake City, UT 84105 | | Mortgage | Disputed | | | $30,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Deep South Silk, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fulton & Roark<br>5930 Royal Lane STE E # 280<br>Dallas, TX 75230 | | | Disputed | | | $1,847.53 |
| Kani Tekstil<br>d/b/a Luchiano Visconti & American Heritage<br>P.O. Box 222108<br>Great Neck, NY 11022 | | | Disputed | | | $3,425.52 |
| ODK Capital, LLC (OnDeck)<br>4700 W. Daybreak Pkwy.<br>Suite 200<br>South Jordan, UT 84009 | | | Disputed | $161,192.40 | $0.00 | $161,192.40 |
| On Inc<br>1250 NW 9th Ave<br>Suite 500<br>Portland, OR 97209 | | | Disputed | | | $29,420.03 |
| SAXX Underwear Co<br>1355 SE 10th Ave<br>Suite 270<br>Portland, OR 97214 | | Vendor | Disputed | | | $1,893.99 |
| U.S. Small Business Loan<br>1141 Montlimar Dr., Suite 400<br><br>Mobile, AL 36609 | | | Disputed | $142,500.00 | $0.00 | $142,500.00 |
| Vuori, Inc<br>5600 Avenida Encinas Suite 100<br>Carlsbad, CA 92008 | | Vendor | Disputed | | | $5,821.40 |
| WebBank<br>WebBank c/o QuickBooks Capital<br>P.O. Box 842978<br><br>Dallas, TX 75284 | | | Unliquidated<br>Disputed | $53,515.11 | $0.00 | $53,515.11 |
| WebBank<br>WebBank c/o QuickBooks Capital,<br>P.O. Box 842978<br><br>Dallas, TX 75285 | | | Contingent<br>Unliquidated<br>Disputed | $24,354.67 | $0.00 | $24,354.67 |

| Debtor | Deep South Silk, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wharf Retail Properties, LLC Dept 3098 P.O. Box 123098 Dallas, TX 75312-3098 | | lease | Disputed | | | $24,848.51 |

ALSB LBF 1007 (12/19)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

Debtor(s)  Deep South Silk, LLC ) Case No.
)
) Chapter: 11
)

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

☒ Original
☐ Amendment
  ☐ Adding    ☐ Deleting

I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below only the number of creditors being added or deleted.

____ creditor(s) (or if amended, number of creditors added), as shown on attached list

____ creditor(s) to be deleted, as shown on attached list

/s/   Steven Ostrow
Debtor Signature                                       Joint Debtor Signature

/s/ Jason R. Watkins                                   January 29, 2025
Signature of Attorney                                  Date

[*Check if applicable*]
☐ Creditors with foreign addresses included

1

ALSB LBF 1007 (12/19)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above

```
A&Q Shirtmaker
1313 Ponce De Leon
BLVD STE 201
Miami, FL 33134


A-1 Storage
11405 Country Rd. 65
Foley, AL 36535


All About Storage
24140 Canal Rd.
Orange Beach, AL 36561


ALOHAT LLC/MELIN
10 Faraday
Irvine, CA 92618


American Express
200 Vesey Street
New York, NY 10285-3106


American Express
43 Butterfield Circle
El Paso, TX 79906


American Express
PO Box 650448
Dallas, TX 75265-0448


Baldwin EMC
19600 State Hwy 59
Summerdale, AL 36580
```

Bank of America
100 North Tryon Street
Charlotte, NC 28255


Bank of America
P.O. Box 733360
Dallas, TX 75373


Chase Southwest Business
P.O. Box 15298
Wilmington, DE 19850


Diamond
15778 Gateway Circle
Tustin, CA 92780


Direct TV for Business
P.O. Box 410347
Charlotte, NC 28241


DR Bank
1001 Post Road
Darien, CT 06820


Echo Lakes Industries LTD
85 Marcus Dr. Suite A
Melville, NY 11747


Edward James, LLC
d/b/a Marbas
105 Coventry Lane
Reading, PA 19610

```
Ellen Ostrow
1138 S 1300 E
Salt Lake City, UT 84105


Fulton & Roark
5930 Royal Lane STE E # 280
Dallas, TX 75230


HuLu/ Disney/Espn
2500 Broadway 2nd floor
Santa Monica, CA 90404


Intuit Inc - Quickbooks
2800 E Commerce Center Place
Tucson, AZ 85706


Jason Kessel CPA
21493 Tyrolite Ave
Parker, CO 80138


Kani Tekstil
d/b/a Luchiano Visconti & American Herit
P.O. Box 222108
Great Neck, NY 11022


Matt Carroll Creative
6914 Summerset Dr.
Gulf Shores, AL 36542


Mediacom Business
25508 Cabinet Shop Rd.
Loxley, AL 36551
```

ODK Capital, LLC (OnDeck)
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009


On Inc
1250 NW 9th Ave Suite 500
Portland, OR 97209


Roox, Inc
d/b/a Toes on the Nose
1527 Monrovia Ave
Newport Beach, CA 92663


SAXX Underwear Co
1355 SE 10th Ave Suite 270
Portland, OR 97214


Shopventory Inc
8310 South Valley Hwy
STE 300
Englewood, CO 80112


The Wharf Storage
5703 Wharf Parkway E
Orange Beach, AL 36561


U.S. Small Business Loan
1141 Montlimar Dr., Suite 400
Mobile, AL 36609


Vuori, Inc
5600 Avenida Encinas Suite 100
Carlsbad, CA 92008

```
WebBank
WebBank c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284


WebBank
WebBank c/o QuickBooks Capital,
P.O. Box 842978
Dallas, TX 75285


Wells Fargo, Inc
5000 Riverside Dr. BLDG 6, Suite 200
Irving, TX 75039


Wharf Retail Properties, LLC
Dept 3098
P.O. Box 123098
Dallas, TX 75312-3098


Worldwide Express
P.O. Box 733360
Dallas, TX 75373
```